IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA HOLMES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 3:15-CV-02117-L |
| NORTH TEXAS HEALTH CARE LAUNDRY COOPERATIVE ASSOCIATION, d/b/a NORTH TEXAS HEALTH CARE LAUNDRY, | § § § § | |
| | § | |
| *Defendant.* | § | |

# PARTIES' JOINT STATUS REPORT FILED PURSUANT TO THE COURT'S APRIL 6, 2016 MEMORANDUM OPINION AND ORDER

**TO THE HONORABLE U.S. MAGISTRATE JUDGE DAVID L. HORAN:**

Pursuant to the directions set forth in the Court's April 6, 2016 Memorandum Opinion and Order [Docket No. 30], Plaintiff's counsel and Defendant's counsel have conferred about the reasonable amount of attorneys' fees and costs to be awarded to Defendant under Rule 37(a)(5)(A) in connection with Defendant's Motion to Compel Discovery Responses [Docket No. 14].  Following such efforts to confer, there are no disputed issues between the Parties as they have agreed as to the amount of the award.  Plaintiff's counsel has already delivered payment of the agreed upon amount to Defendant's counsel.

Respectfully submitted,

*Counsel for Defendant North Texas Health Care Laundry Cooperative Association, d/b/a North Texas Health Care Landry:*

*Monte K. Hurst*
Monte K. Hurst
State Bar No. 00796802
monte.hurst@hallettperrin.com

Jennifer R. Poe
State Bar No. 00794470
JPoe@hallettperrin.com

HALLETT &PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.922.4111
(f) 214.922.4142


*Counsel for Plaintiff Christina Holmes:*

 /s/ Jay C. English
Jay C. English
Texas Bar No. 06625290
jenglish@englishpllc.com

J. Scott Perry
Texas Bar No. 15802500
sperry@englishpllc.com

ENGLISH LAW GROUP, PLLC
7617 LBJ Freeway, Suite 500
Dallas, Texas 75251
214.528.4300
(f) 972.733.1335