CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 APR 25  PM 1:27

DEPUTY CLERK _SWB_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTINA HOLMES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 3:15-CV-02117-L |
| NORTH TEXAS HEALTH CARE § | |
| LAUNDRY COOPERATIVE § | |
| ASSOCIATION, d/b/a NORTH § | |
| TEXAS HEALTH CARE LAUNDRY, § | |
| § | |
| Defendant. § | |

## ~~PROPOSED~~ ORDER GRANTING ATTORNEYS' FEES AWARD TO DEFENDANT PURUSANT TO THE COURT'S APRIL 6, 2016 MEMORANDUM OPINION AND ORDER

Having previously ordered that, pursuant to Rule 37(a)(5), counsel for Plaintiff Christina Holmes is required to pay Defendant North Texas Health Care Laundry Cooperative Association d/b/a North Texas Health Care Laundry its reasonable attorneys' fees and costs incurred in making its Motion to Compel Discovery Responses [Dkt. No. 14], and having been informed that Defendant and Plaintiff's counsel have reached an agreement as to the amount of such fees to be awarded. IT IS THEREFORE ORDERED that Plaintiff's counsel is to pay Defendant the amount of $5,000.00 for reasonable attorneys' fees and costs incurred in making its Motion to Compel Discovery Responses [Dkt. No. 14].

Signed on this 25th day of _April_, 2016.

HONORABLE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

Solo Page