IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA HOLMES | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Civil No: 3:15-cv-02117-L |
| | § | |
| NORTH TEXAS HEALTH CARE LAUNDRY | § | |
| COOPERATIVE ASSOCIATION, D/B/A | § | |
| NORTH TEXAS HEALTH CARE LAUNDRY | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION TO TERMINATE DEPOSITION OF PLAINTIFF

TO THE HONORABLE COURT:

COMES NOW Christina Holmes, Plaintiff, and respectfully requests this Court to enter an order terminating the deposition of Christina Holmes pursuant to Fed. R. Civ. Pro. 30(d)(3)(A) on the ground that it is being conducted in bad faith and in a manner that unreasonably annoys, embarrasses, or oppresses the deponent. Defendant has deposed Christina Holmes for more than nine hours in two sessions on separate days. Defendant is now insisting that the deposition continue for a third day despite the one-day (seven-hour) limit provided by Rule 30(d)(1).

Plaintiff has attempted to work with Defendant to resolve this matter, offering to stay late on the first day of the deposition, consenting to a second day of deposition, and offering to stay late on the second day. Defendant, however, is refusing to move forward with mediation according to the Court's schedule until after Plaintiff has submitted to this endless and oppressive deposition. For the stated reasons, Plaintiff asks the Court for an order terminating her deposition.

Rule 30(d)(1) applies the payment of expenses under Rule 37(a)(5) to a motion to terminate. Rule 37 (a)(5) states that when a motion is granted, "[T]he court must, after giving an

opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees." As such, Defendant and its counsel should be required to pay Plaintiff's reasonable attorneys' fees.

Wherefore, Plaintiff prays the Court grant her Motion to Terminate Deposition of Plaintiff and enter an order (1) requiring terminating the deposition of Plaintiff Christina Holmes, (2) requiring Defendant to pay Plaintiff Christina Holmes her reasonable attorney's fees and costs incurred in making her Motion to Terminate, and (3) for such further relief at law or in equity to which Plaintiff may be entitled.

Respectfully submitted,

 /s/ Jay C. English

Jay C. English
State Bar No. 06625290
jenglish@englishpllc.com
J. Scott Perry
State Bar No. 15802500
sperry@englishpllc.com
English Law Group, P.L.L.C.
7616 LBJ Freeway, Suite 500
Dallas, Texas 75251

## CERTIFICATE OF CONFERENCE

I hereby certify that before filing this Motion, my associate and Of Counsel from my firm repeatedly attempted to resolve this matter with counsel for the Defendant concerning the subject matter of the foregoing Motion, but counsel for the Defendant insists on continuing the deposition well past the seven-hour mark (*see* Exhibit 1, attached). Therefore, the issue remained unresolved, necessitating the filing of this opposed Motion.

*/s/ Jay C. English*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument will be served to all counsel of record through the Court's electronic filing system April 27th, 2016.

*/s/ Jay C. English*