## J. Scott Perry

**From:**          Monte K Hurst <Monte.Hurst@hallettperrin.com>
**Sent:**          Wednesday, April 27, 2016 12:42 PM
**To:**            J. Scott Perry
**Cc:**            Jennifer R. Poe; jenglish@englishpllc.com; dwilkins@englishpllc.com; Leslie D. Bradberry
**Subject:**       Holmes v. NTHCL

Hi Scott. We really need to complete Chrissy Holmes' deposition. Please let us know if you and Jay have reconsidered your position to disallow us from completing that deposition without a court order. Again, we will not be entertaining mediation until we complete Ms. Holmes' deposition.

We will follow up with you regarding dates to which we can continue the corporate representative depositions.

Monte K. Hurst
Hallett & Perrin, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
214.922.4111
Monte.Hurst@hallettperrin.com

Board-Certified in Labor and Employment Law
By the Texas Board of Legal Specialization

On Apr 27, 2016, at 10:34 AM, J. Scott Perry <sperry@englishpllc.com> wrote:

Monte,

Instead of re-scheduling depositions of your clients to come down from Minnesota, we propose working to schedule mediation with Mary Burdin. We believe we have enough information to evaluate the case for settlement although trial preparation is still incomplete. The last time we checked, she had dates in May still available. Please advise.

J. Scott Perry
English Law Group, PLLC
7616 LBJ Freeway, Suite 500
Dallas, TX 75251
Phone 214-528-4300
Fax 972-733-1335



EXHIBIT

1