IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHRISTINA HOLMES | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | Civil No: 3:15-cv-02117-L |
| | § | |
| NORTH TEXAS HEALTH CARE LAUNDRY | § | |
| COOPERATIVE ASSOCIATION, D/B/A | § | |
| NORTH TEXAS HEALTH CARE LAUNDRY | § | |
| Defendant. | § | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO TERMINATE
DEPOSITION OF PLAINTIFF**

On this day came for consideration the Plaintiff's Motion to Terminate Deposition of Plaintiff (the "Motion"), filed by Plaintiff Christina Holmes. The Court finds that cause exists for granting the relief requested in the Motion.

It is, therefore, ORDERED that the Motion is granted and the deposition of Plaintiff Christina Holmes is hereby terminated.

It is further ORDERED that Counsel for Defendant North Texas Health Care Laundry Cooperative Association d/b/a North Texas Health Care Laundry is required to pay Plaintiff Christina Holmes her reasonable attorney's fees and costs incurred in making her Motion to Terminate Deposition of Plaintiff.

All other relief not herein granted is hereby denied.

SIGNED: _____.

_____
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PLAINTIFF'S MOTION TO TERMINATE DEPOSITION – Solo Page**