## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CHRISTINA HOLMES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:15-CV-2117-L** |
| | § | |
| **NORTH TEXAS HEALTH CARE** | § | |
| **LAUNDRY COOPERATIVE** | § | |
| **ASSOCIATION d/b/a North Texas** | § | |
| **Health Care Laundry,** | § | |
| | § | |
| Defendant. | § | |

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Plaintiff's Motion to Terminate Deposition of Plaintiff**, filed April 27, 2016, is hereby **referred** to United States Magistrate Judge **David L. Horan** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge"—not to the district judge or court—and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach him without delay.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed. The court does not allow parties to file a reply

Order of Reference – Page 1

brief with respect to magistrate judge orders or findings and recommendations, unless leave is granted to file the reply brief. The court will strike or disregard any reply brief filed in violation of this order.

It is so ordered this 28th day of April, 2016.

_____
Sam A. Lindsay
United States District Judge